~~Polk County~~ / Livingston, Texas 77351 Dec. 12/1/2021

Clerk: Amy Fincher

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Eastern **DISTRICT OF TEXAS**
Southern **DIVISION**

104 W. 3rd Street
Lufkin, TX. 75901

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

In Cause No's
CR-21-0092
Conspiracy to Committ
Murder / Attempted
Murder on Me in vehicle
Accident on 4/21/2021

Bart Thomas Moore SO# 38618
Plaintiff's name and ID Number          9:21cv299 RC/ZH

Polk County Jail Division
Place of Confinement

(Polk County Jail and Courts)

CASE NO. 28031 / 27757 ► CR21-0092
            28035 / 27759
(Clerk will assign the number)

v.

Byron Lyons / 1733 N. Washington / Livingston Texas 77351 And All Named: Judges: Jamie
Defendant's name and address  Richardson, Kayce Jones, Tom Brown, D.A. William Lee Hon

Narcotics: Andy Lowrey, Chris Lima, Capt. Larry Dawson, Lt. Matthew Brown, Christina
Defendant's name and address

Fongelmann, Gray, Sgt. Cory Wolf, Sgt. Bobbie Bean, Lt. William Jerry, Capt. P. Dickens,
Defendant's name and address
( DO NOT USE "ET AL.")
Lt. Mark Jones, * Informants: William Ivy, Gillian Brusky, Richard Kinser, All Others Involved.

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten,  in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

**FILING FEE AND IN FORMA PAUPERIS**

1.  In order for your complaint to be filed, it must be accompanied by the filing fee of $150.00.

2.  If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six (6) month history of your Inmate Trust Account.  You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3.  28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis* , the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4.  If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account.  Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?                                          ___YES ✓NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space  below.  (If there is more than one lawsuit, describe the additional  lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Docket Number:_____

        5.  Name of judge to whom case was assigned:_____

        6.  Disposition:  (Was the case dismissed, appealed, still pending?)
_____

        7.  Approximate date of disposition:_____

OPEN

View 1          Assigned to:

11-17-2021 12:59 PM

**cough drops....please!**                              Type: Medical Request

Inmate
Bart Moore

Description
i need to get some cough drops for sore throat//cough.

Cell Location
243-10

## ACTIVITY

**Aurora Orosco** (Employee) Left A Comment
11-17-2021 03:38 PM
WILL SEND SOME

**Aurora Orosco** (Employee) Viewed This Task
11-17-2021 03:38 PM

**Bart Moore** (Inmate) Created this task
11-17-2021 12:59 PM

Micheal L. DAVIS / TX. BAR No. 05528760 (936) 327-7071 / Now Leading Council.

Bobby L. PHILLIPS / Passed on changes / case of her 1½ years.

Dustin Andreas / Passed / cause No's 28034 / 28035 / 27757 / 27758 / CR-21-0092 / 5500.
21 (C)(1)(A) Accident on (1/26/2021) CDRS. #TX 60 ALODJCF5/2006 Expidition.

All involved in Conspiracy / Corruption / Criminal / Civil / Law Suite By (BART T. Moore)
in filing Complaint under Civil Rights Act, 42 U.S.C. §1983 (Bart Moore V. ByRon Lyons et al)

Polk County Defendants:                              ● Polk County SHERIFF DiVISION ●

① Female X-Sgt Torres :
② Female X Sgt. White :
③ Lt. MATTHEW Brown :                                  INFORMANTS INVOLVED :
④ Sgt. Corey Wolf : (Gay PREditoR) !                ① William Ivy
⑤ Jailer : Pate :                                    ② Gillian P. Brusky / Prostitute Inform.
⑥ X Jailer : Micky Guidry :                         ③ Richard P. Kinser : Informant / Junkie
⑦ X Street Sheriff, Lt. Mark Jones :                ④ David Oneil : muRDERER.
⑧ Pct 4 Justice of Peace : Jamie Jones Richardson : ⑤ CHRistopHER SmitH / Informant.
⑨ X Polk Co. Jail Lt. William Jerry :                 VIP ✗
⑩ X Polk Co. Jail Capt. P. Dickens :
⑪ Jailer : Kevin Wheat :
⑫ IRNA Brussard :
⑬ Capt. Larry Dawson :
⑭ CHelsa Bogney :                                    Detectives Involved :
⑮ Andy Lowry :                                       ① David MitcHell / Sex CRimes
⑯ CHRis Lima :
⑰ Judge. Tom Brown :
⑱ Judge : Kayce Jones :
⑲ Attorney. Elizabeth Coker :
⑳ Sgt. Bobbie Bean :                                 Livingston Police Dept.
㉑ Jailer DARBy :                                     ① Tito Ruyes
㉒ Cprl : CHRISTINA Foggelman :                       ② Rodney Bogney
㉓ Jailer : fiscal :                                  ③ Ronnie Bogney
㉔ X Jailer : Drew WaRD :                             ④ Maddox ?
㉕ X Jailer : TRent Jones :

These are all connected togather and with each other and agencies that are all Involved in Labeling, Sex Crimes, Illicit Sex Videos / Video Sites / Prostitution / Sex Trafficking. Involved with ABT - ARYAN BROTHERHOOD Texas / CARTEL Sineola / AC-13 ARYAN Circle (A) narcotics officers and TDCJ-CID Guards. There is Alot more to this than meets the Eye. ★★ and Believe me there are also Court Justices And City County officials that are Involved in this or These Highly official Illegal acts. It is clean up time in Polk County. The Prison officials Involved are as follows and are connected to the Polk County Jail Division and Judicial Center, The Prison officials Involved are as follows and are connected to the [TDCJ-CID] Polunsky unit also and are Connected to each other. Polunsky unit officials Involved. Criminal.

① Scott Grimm - Polunsky Unit - 12 - Bldg Ad - Seg.
② Stg - official Gang Intelligence: C.O. Taggart.
③ X - Prison Guard - X - Stg: Gang Intelligence / X - RN @ Polk Co. Jail medical / Helen Sheffield / All are connected to [Capt. Larry Dawson] @ Polk County Jail Division.

## Narcotics Detectives

① "Andy Lowrey: He tried to Sexually Exploit and Extort my Neice [AMANDA Kennedy]! How the Hell does a [Polk Co. Narcotics officer, Terminated, do that? He is All along Involved with Informant NCIC #2599 [Cillian Patricia Brusky] and X [Lt. Mark Jones], [X-Lt. William Terry] and [X - Jail Capt. P. Dickens], [Capt. Larry Dawson] and [Lt. Matthew Brown] and Terminated X - Narcotics agent, [Chris Lima]! who fabricate Changes against me, Illegally Set me up, Entrap me By utilizing of Dirty Meth+Head / Prostitute / Informant above Mentioned on The Date of [January 28/2020] They were Having Sexual Relations with this Informant [Cillian Patricia Brusky] and giving Her Illicit Drugs and making Illicit Sex Videos, Images. See it @ Private Police Video Site @ [mathusela . Com] Black Web Site, It is All Truth and 100. "They Plotted, Schemed and falsified Charges on Me.
② CHRIS Lima: X - Polk Co. Narcotics, Terminated, for Illicit Drugs / user / Possession, He and Informant [Cillian Brusky] Were Sexually Involved and using drugs togather. All X - officials: Andy Lowrey / CHris Lima / X- Lt. Mark Jones and the above mentioned Conspired togather and along with Informant NCIC #2599 Cillian Patricia Brusky Plotted and Schemed to Commit Criminal Acts on me By falsifying Changes against

9.2

me in Cause NOS. 28034/28035/27757 and 27758. All of this ties together By and thru these dirty, Rogue, Corrupt, Criminal X-officials. Soon to Be addressed. Conspiring together, corruption/Criminal acts/Obstruction of Justice/Entrapment/ Falsifying Charges - /Sexual /DRug Affairs/Videos with/ Informant: Gillian Patricia BRusky who after my Vehicle was Sabbatoged, By Steering Control to CRASH on 4/26/2021 Did Flee Texas to L.A. California and is Presently locked up [Check out the TRUTH]....?

[ Livingston Volunteer Fire Department ]

① Scott Grimm

② Larry Dawson

③ Taggart - STg - 12 - Bldg @ Polundey unit.

④ Freemon- Volunteer- Fireman, Was @ Vehicle CRASH Site on [4/26/2021]!

Pg3

Polk County Jail Division

II. PLACE OF PRESENT CONFINEMENT: 1733 N. WASHington AVE, Livingston, TX. 77351

III. EXHAUSTION OF GRIEVANCE PROCEDURES: There are No Step 2 Grievances.

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.
→ NOT Allowed @ Polk Co. Jail!

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Bart THomas MOORE
1733 N. WASHington AVE. Livingston TX. 77351 / OR
388 Broken ARROW Trail, Livingston, TX. 77351

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lt. Mark Jones Polk County Sheriff @ 1733 N. Washington Ave.
Livingston TX. 77351/ is Also X-Husband of Judge Jamie Richardson.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Using Informant Gillian Brusky /Prostitute to Entrap me falsify charges against me.
→ He was Sexually Involved with Her.

Defendant #2: NARCOTICS? ANDY Lowrey /1733 N. Washington/ Livingston, TX. 77351
False Charges, Labeling, Slandering Obstruction of Justice.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
obstruction of Justice: Civil and Criminal Conspiracy Headed up By Polk Co. officials.

Defendant #3: X-Lt. William Terry, Polk Co. Sheriffs Dept. 1733 N. Washington AVE. Livingston, TX. 77351/ used NCIC #2599 Informant Gillian Brusky to falsify charges against
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
me and to Lie on me and to Entrap me. He Also was Sexualy Involved w/ Informant.

Defendant #4: Capt. LARRY Dawson ▶ Part of Sex Ring/Drug Ring/Prostitute Scandel This
one along with [Lt. Matthew Brown][William Terry][Taylor. Pate][Sgt Cory Wolf ][Assmytad
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Assaults, Abuse, Extortion, Exploitation, obstruction of Justice, Corruption, Criminal Acts.

Defendant #5: Sgt. Cory Wolf: He is openly Gay male. His Play ground is the Polk co. Jail.
He Intices many male Inmates to Show Him their (Penis) Private Body Parts for Special
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Favors. Also Involved in many Illicit Highly Illegal Acts @ this Jail. Sgt. Cory Wolf
along with "Christina Faggleman", Lt. Matthew Brown, Jailer: Female Darby and others
and Inmates, Stage Events to Intentionaly Exploit Violent Inmates to Beat, Jump on
other Inmates and to Extort them for $ monetary Gains, also Intentionaly
Labels and Slanders Certian Inmates to Intentionaly get them assaulted. this
is who and what Runs Polk County Jail, There is much more to this as well.



V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The State of Texas Has it's own Problem's. "namely, I can Sue them for what Happened to me. A Conspiracy Headed up By one or more of the Polk County Sheriffs, Jailers and Rank and courts officials nearly or could Have Resulted in my murder and then they were out to Here me Beet up/Bloody and to Have me murdered. Which all of this and my "Vehicle Accident" on (4/26/2021) could of Resulted in my Death. So I Have A civil and Plausible claim and criminal claim as well. against the Jailers Rank Named, Informants and All Involved and All Sheriffs, x-Sheriffs, Judges, and Ranking officials that are Involved and Anyone else from the Polk County Jail and the Judicial Center Involved. This is A Plausible, civil and criminal claim. I was set up to Be Beet Bloody in the Polk Co. Jail. By Rank and staff. my Vehicle was Sabbotaged To Intentioncly Crash on (4/26/2021) These Conspired to Use Informants: Named to Lie, falsify charges on me and to Enter me illegaly and conspired/schemed to murder me.

VI.   RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want all Parties Held Accountable for this Conspiracy and Conspiracy to Commit murder on me and falsifying charges on me, Slander, Attempted murder false labeling And to Entrap me.

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Bart Thomas moore / Micheal Ricco.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. 468637 / 38618

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES   /NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____ N/A

2. Case Number: ____ N/A

3. Approximate date sanctions were imposed: ____ N/A

4. Have the sanctions been lifted or otherwise satisfied?   ____YES N/A NO

Also in CR-21-0092/ 550.21 [4] (C)(1)(B) on [4/26/2021] my Vehicle was in fact Sabbotaged By [David O'Neil] and [Informant NCIC# 2599-Gillian Patricia Brinsky to Crash and To murder me.



SINOIA CARTEL -
Code: O-911

This Involves Alot of Influential People that I Have Pointed out and many Females that they are dubbed, Held as Sex Slaves and HoBunnies and this is Sight where the Illicit Sex Videos are mostly done at! These [Methusela.coM] Private Police Sex Videos/Movies Site and others as Well. This Mansion just sits there? House on the Hill off 59 Just Past New Bus Station and Exxon Truck Stop on the Left. House Has Barred fence around it, Pool Inside fence in front. There are Several Rooms up under the House. These Rooms are used for Sex abused Women and for Sacrificial offerings, [Sex crimes]. There are also multiple House Locations that are also used for this Type, CRimes, Sex abuse videos, Sex Trafficing women and Sacrifice [mayhem]. The offense of willfully maiming a Person. This House is, Northside of 59, 500 ft. Past New Bus Station. Sits off of Road 600 to 800 ft. East, House Entryway, Paved Driveway up Hill, North/NorthWest, Veer Back East, NorthEast, Pool up @ Front W/ COVER over it! [Google-Live time Imagery]. Pull up the Address @ Tax office to See Who owner is! Inside House thru Front Door/ Double Front Door, FRENCH DOORS into AN ExteRioR With Cast Iron Hinges, "Solidwood". Go to Left, Step down to Den, Has a fire Place and Sitting Area. Go down Hallway to Bid Room on Right, Guest, BathRoom, utility Room, Long Hallway to Kitchen, 2- StairWells Here + goes up ↑, one goes ↓ down, a Dumb Waiter @ the end. Down stairs is Rustic concrete Dungeon Style Set up, Alter, Rustic Style Slab on Stone, Concrete Pews, Fire Pit, 2-Rooms the main Sanctuary, 2-Rooms and a Big Bad Ass "MidEvil" DoorWay. Behind door is Pure Evil!! This is sacrifical Room.

① | Attorneys Involved in case(s) |

Micheal L. Davis. [TX-BAR # 05528760] Phone # (936) 327-7071 ⟩ Court appointed 3rd
: 120 West CHURCH Street Livingston, TX. 77351      ⟩ Attorney. ?

② Bobby L. Phillips [TX.BAR # 24088223] PHONE # (936) 327-5619
419 NORTH WASHINGTON, Livingston, TX, 77351 / Facisimle: (936) 327-5610 / E. Mail: bPhillips @ polkcountyattorneys.com

③ DUSTIN ANDREAS = @ Same address as Bobby Phillips. This is Attorney who @ first Represented me in the beginning, So familiar w/ Informant [Gillian Patricia BRusky NCIC # 2599]



and [Tom Brown] and this Rogue X. Lt. Mark Jones] and of the Bogus Cause Number
(s). Charges falsified against me in Cause [No.(s) - 28034, 28035, 27757, 27758] and Also
Had everything to do with this "David O'neil" and Informant # NCIC" 2599 Gillian Patricia
Brusky, and with these (2) Persons, Sabbotaging my Vehicle to cause me to crash on
(4/26/2021) in [CR-21-0092 / 550.21(c)(1)(B) on Scenic loop. e first in January 28/2020
in Cause No.(s) 28034, 28035. Dustin Andreas Had these (2) false Charges "Resolved" in
District Court 411. Some How, Illegally, Intentionaly, I was Re-indicted, By and
thru these Corrupt Sheriffs who Were - Retired. [X-Lt. William. Jerry] and [X Capt. P.
Dickens] and [Lt. Matthew Brown] and this Corrupt, Criminal, MENTAL [Capt. Larry
Dawson]. They Had me Pursued and Assaulted in this Jail in [January 2021] By a
[Albert Lester] and (2) of His Gang-frends. There are "Bloody" Pictures of this Assault
and I Did file Assault Charges on this [Albert Lester] and [Lt. William Jerry] and on
All Involved. This [Lt. William Jerry] made the Statement to All His Co-Workers that
He was going to Put an Array of Charges on me! So now you know what's Really
going on and will See and Realize the Exact Extent of the Corruption, Conspiracy
and the Criminal acts By all that are Named and Absolutely Involved.

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that imposed warning (if federal, give the district and division): _____ N/A _____

    2.  Case Number: _____ N/A _____

    3.  Approximate date warnings were imposed: _____ N/A _____

Executed on: _____ N/A _____
             DATE

_____ N/A _____
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _____ fifTH _____ day of _____ December _____, _____ 2021 _____.
           (Day)                (month)           (year)

                             BART THomas MOORE
                             Bart Thomas Moore
                            (Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

5

Invented american proper gram stalemant Statement, as well as just as Political & monetary gain. Called me to Prove to you the extent of this misleading tales and allegations. If you have Read this suite In which I do Intend to file against the state and County of Polk. Then you have done your Home work criticize New konguz that Byron Lyons and Capt. Larry Dawson are Surely full of it. This jail Polk Co. is Corrupt and Criminal as Hell. The Reality of the Polk County Sheriffs office and Polk County Jail is just like this; Come See for Yourself in dealing with the 10-months Byron Lyons and His Corrupt/Criminal/Jailers/Deputies, state, He, they Have Been spent dealing with a jail Population in which a High percent age @ the jail are there as a Result of Lack of mental Health Care. That is a Lie/false misleading statement. Polk Co. was Intentionally and Illegaly Holding People in jail to Extort and to Exploit the Governments, agencies for $ monetary gains, falsifying Charges I Intentionly and also Illegaly Holding people in the jail to Extort and to Exploit the Government agencies for $ monetary gains. Illegaly Enforcing these false Charges to Hold people in the jail to Exploit them in Such a way as to RailRoad alot of People to get Jail time or PRison. As for the Shortages. There are only shortages that they want. Just a Certain Type of female or Relative/family member or corrupt friend. They keep their Turn over Intentionaly for these Corrupt/Evil purposes. The Doctors, Medical Staff are all Retirees from PRison units that this Capt. Larry Dawson and SHERIFF ByRon Lyons: Hand Pick, who Have Been Terminated for DRug/Alcohol/Sexual/ or/ASSAults or Intentionly Abuse to Extort and Exploit People. most are Hired young to muddle age women That Have Been drug Addicts, Alcoholics, Sexualy Exploited and Here are Right Back into their Bad Choices and decisions. This Capt. Larry Dawson is Full of SHit. What does He do up Inside of the Jail outside of label, Exploit, Have Some Inmates Assaulted and Play alot of favortism and Conspire to Actually Commit Criminal Acts/Sexual Acts with Loose Females, along with this [Lt. Matthew Brown] and Corrupt Female/male Jailers. Put inside this Jail A [C.I.] of your own with a Hidden Camera and Audio and See For yourself. The Staff do Not even Honestly EaRN the Pay they Receive. Low Pay is much Better than No pay! and there is So much Criminal and Corrupt and Scandelous Kios going on it is Truely A SHame. The Public do know alot of these officials, Sheriffs, all the Way to the Top and of their Female Sex Scandets?? DRug Ring, Abuse, Extortion, and Exploitation. So Maybe they Should go Public!!?? When you walk thru the Jail Door you do Not Start w/ Medical Exam and then Mental. The Food is the Same thing, Every day of Every week! No Food or meal Cycles, NO Salt, Sugar, Butter, etc. They Do Have ② medical R.N.'s on duty to distribute Meds But By 5PM they are gone. But Still on the Pay Roll. They never Had 17-Jailers @ one time working Inside this Jail. That is A Dishonest Statement and Deceiving the Public. The Inmates Held In the Jail for Months were to Illegaly Extort/Exploit for $ monetary gains. It is Not A Public safty CRISIS

Pg 6

①

Capt. Larry Dawson: Polk county Jail. So caught up in alot of corruption and much Criminal activities. Try Polk Co. Ms. Dove Bagney and alot @ [Mathusela.com] and His corrupt/ Criminal Activities and Sexual Involvment w/ alot of Females that Come thru this Jail. Female Jailers and Inmates + Female as Well. There is a Sex Ring and a Sex Trafficking operation and PORN $ Cover up. You may want to Start Right Here, w/ this one and up to Detective. David Mitchell, Sex Crimes" I would love to get these ② on the stand to Purge them selves. They think they are "Players", "Gangsters" and are connected to Rodney Bagney and the Private Police Site [Sex Video - Exclusive, Porn Site @ [mathusela.com] and to Informant/ Gillian Patricia Brusky NCIC# 2599. It gets Alot more Corrupt and Criminal.

Lt. MATTHEW BROWN: Absolutely 100 Corrupt/ Criminal as Hell. Thinks He is above the Law, very Shady Dude. Plays alot of very Serious Dangerous games with People and their lives. Also conspired with [X-Lt. Mark Jones] - Retired! ② A Real Corrupt/ Lying Peice of shit and NCIC# 2599. Informant: Gillian Patricia Brusky to Lie and to falsify charges against me and to Plot and Scheme in all things Herein Involved. The Informant is their on-line call girl, Sex Video girl and a Severe Sex and Drug addict. This Lt. Matthew Brown is very Corrupt and Criminal, He is Also along w/ Capt. Larry Dawson in Co-Hoots and Connected with this Capt. Larry Dawson, Sgt. Cory Wolf + Homosexual - Preditor and Corrupt, Criminal.

Sgt. Cory Wolf: He is openly Gay - "Homosexual", and A Very Corrupt/ Criminal Perverted Sick Sexual Preditor. His Play ground is the Polk County Jail Division. He Entices many male Inmates to Show Him their [Penis] and ask to Suck their [Penis] If He Pays their Phone Bill!!. There are a Couple of True Victimized Witnesses that Will testify to this Truth. I will Reveal the Names @ the Proper time". ③ of them for Sure. He is also Involved in many Illicit and Highly Illegal Acts @ the Polk County Jail and in other areas as Well. Sgt. Cory Wolf along with Christina Foggelman, Lt. Matthew Brown, Female Jailer: Ms. Darby and others under His Watch and Command Stage Events to Intentionally Exploit Violent Inmates to Beat and to Jump on other Inmates and to Extort, Exploit them and to Intentionaly Retaliate on Inmates to Shut them up And Not to Expose the Evil Corruption and Criminal Acts that Take Place and for $ monetery and Sexual Gains

also Intentionaly Labels and Slanders Certian Inmates to Intentionaly get them get them Assaulted and to Shut them up about the TRUTH. THis Along with these Evil, Sick, Corrupt, Criminal Perverted, Administration is what Runs your Jail, Courts and is your Sheriffs Department. Sad But True. Let us Pray to God for Help. Amen. Lt. Mark Jones: is Now along with Some others in the Agency forced into Retirement and /or Terminated. is Also X-Husband of Pct-4-Justice of Peace [Jamie Jones RICHARDSON] Also Conspired along with [Lt. Matthew Brown] on [January 28-2020] and Informant [NCIC-#2599-Gillian Patricia Brusky] to lodge, Lye and falsify Charges against me in Cause No. (s) #28034 #28035, #27757, #27758 and this Caused me great Pain & anguish and mental Distress and I Was Beaten in Jail/Polk Co. do to these Criminal acts and my Vehicle was Intentionaly and Knowingly "Sabbotaged" By and thru These Individuals Agency Informants, to Intentionaly cause me to CRASH on (4/26/2021) and to Supposedly Kill me. ① NCIC #2599-Gillian Patricia Brusky. ② David O'neil. these ② Persons Did Infact Knowingly and Intentionaly Conspire to Committ Murder on me and did Infact Knowingly and Intentionaly Sabbotage and Agree and Plot and Scheme ⊗⊗ ⊗⊗⊗⊗⊗ together to Attempt to Murder me, By Vehicular Crash on (4/26/2021) This [Lt. Matthew Brown] and [X-Lt. Mark Jones] Illegaly and Without Permission or execution of Warrant, obtained and Went thru my Cell Phone-Calls and texts, To Intentionaly Destroy and to Delete any and all Sexually Explicit Video/Audio of them and other "Sheriffs, LPD, Justices, and Destroy, Delete them So that they Could not Be Exposed for their Criminal offenses and Corruption. There Are Sexually Explicit [Sex-Porn] Videos/Audio Between them and these Illicit Prostitute and Informant Females, and Informant NCIC #2599 Gillian Patricia Brusky and much much more. My attorney @ this time, [Dustin Andreas] Exposed them Along with Judge. Tom Brown who in fact came to Court 411 with this Informant: Gillian Brusky. and in fact for over ① whole year that I knew this Gillian Brusky, I never Knew or Was told that She was/is A Informant. In fact I Was intentionaly mislead to Believe other wise So that these Corrupt officials Could Set me up, Entrap me,

Bart Thomas moore

Mr. Bart Thomas Moore

Civil Rights Action [CC § 52.1] : Complaint for Damages: [42 USC § 1983]
(1) ASSAULT: As Incorporated in Origional Statement of Claim and in Plausible Civil and
Criminal Law Suite.
(2) Intentional Infliction of Emotional Distress:
(3) Negligent Infliction of Emotional Distress:
(4) Negligent Hiring Retention and Supervision:
(5) Negligence:
(6) False Imprisonment:
(7) Civil Right Action [42 USC § 1983]
(8) Civil Rights Action [CC § 52.1]

ALL IN CAUSE NO'S;
28034, 28035, 27757, 27758
CR-21-0092/550.21 (C) (1) (B) & DPS #
TX 60ALODJCF5/2006 Black FORD
Expidition /Accident 4/26/2021

In all of this Defendants were acting in the scope of their Employment and Under
Color of State Law, At all times Herein SHeRiff [Byron Lyons] is duly appointed and
acting Sheriff of Polk County and of the ● County Jail Division and was as such
acting within the Course, Scope and authority of said employment. at all times Here-
in mentioned "The Named officers" was acting under the Color of Law to wit under
Color of statutes, ordinances, Regulations, Policies, Customs and usages, of the STATE OF TEXAS
and the County of Polk and the City of Livingston, Texas, in the Polk County Jail
Capt. Lenny Dawson, Lt. Matthew Brown, "Gay" Sgt. Corey wolf and [SHeRiff Byron Lyons]
and in doing the acts as alleged above [AII PARTIES] especialy [Capt. Larry Dawson]
[Lt. Matthew Brown] and [Gay-Sgt. Cory Wolf] Intended and have Placed Plaintiff
in great Bodily Harm. AS A Rusult of the Acts of these [Corrupt, CRiminal officials]
Plaintiff: [Bart Thomas Moore] was Placed in great apprettension of great Bodily Harm.
PLAINTIFF: Hereby Incorporates By His Refence as though Set Forth fully Here in
each and every alligation Set fourth above. In doing the Acts alleged above [these
officials] intend to Have Made offensive and Harmful Contact with Plaintiff Person.

● ASSAULT/ First Cause of ACTION ●

Plaintiff Hereby Incorporates By This Refence as though Set fourth fully Here in
each and every alligation Set fourth above [ASSAULT- January 2020] Intentional

By Lt. William Terry / Capt. P. Dickens / Sgt. Corey Wolf / Jailer: PATE / Lt. Matthew Brown / Capt Larry Dawson, Polk County Jailers. / Ms. T. or T Hessa and others, Et. AL.

### • Second Cause of Action •

② Intentional Infliction of Emotional Distress: Defendant and each of them knew or should of known that their actions and failure to exercise due care would cause Plaintiff Severe Emotional distress. as a direct proximate Result of the aforementioned acts and omissions to act. Plaintiff has suffered Severe Pain and Stress, mental severe Anguish and emotional distress and Severe Pain and Suffering in violation of the [4TH and 8TH] Amendments of the United States Constitution. Deliberately Denied adequate Medications and Pain medications and Plaintiff Has Been Injured in Mind and Body, to , all Plaintiffs Damages in an Amount to Be Proven @ Trial But which exceeds the minimum Jurisdiction of the Court. Wherein Plaintiff Requests Relief as Here after Provided.

### • THIRD Cause of Action •

③ Negligent Infliction of Emotional Distress: Defendant and each of them knew or Should of Known that their Actions and failure to exercise due care would cause Plaintiff Severe emotional distress. As a direct and proximate Result of the aforementioned acts and omissions to Act, Plaintiff has Suffered, Humiliation, Mental Anguish, and Emotional distress and Has Been Injured in Mind and Body, all to Plaintiffs damages in An Amount to Be Proven @ Trial But which exceeds the minimum Jurisdiction of the court wherein Plaintiff Requests Relief as Hereafter Provided.

④
### • Fourth Cause of Action •

Negligent Hiring Retention and Supervision: Plaintiff Hereby Incorporates By His Reference as though Set Fourth fully Herein each and Every alligation Set fourth above. during all Relevent time Periods Defendants and each of them knew or Reasonably should of known that their Co-defendant Employees and agents were unfit and unqualified to Carrie out their duties as Employees and Agents. @ all times defendants and Agents and each of them Intervened to exceed Reasonable care in the Hiring, Training Supervision and discipline of the other Defendants. The failure to exercise Reasonable care in the Hiring, Training

Complaint for Damages

Pg 3

◀ Continued CC [52.] ▶

- Fourth Cause of Action -

Supervision and discipline of the other Defendants would have the effect of encouraging, Confirming, Ratifying, Condoning, exacerbating, increasing and worsening said acts and failure to Act..!! (I.E. Lt. Matthew Brown / Capt. Larry Dawson]

- Fifth Cause of Action -

NEGLIGENCE: in Committing the aforementioned acts and/or omissions Defendants Negligently Breached said duty to use due care, which directly and proximately Resulted in Injuries and Damages to the Plaintiff as alleged Herein. Wherefore as a direct and Proximate Result of these violations of His constitutional Rights By the Defendants as aforementioned, Plaintiff suffered General and Special Damages as alleged in this Complaint and is Entitled to Relief under 42 U.S.C. Section 1983 wherefore Plaintiff Prays for Judgement against Defendants as follows:

① For Money Judgment for medical and Incidental expenses according to Proof.

② For Money Judgment or Loss of Earnings according to Proof.

③ For Money Judgements for General Damages according to Proof.

④ For money Judgment for Mental Pain and Anguish and Emotional Distress according to Proof.

⑤ For Punitive Damages in an amount appropriate to Punish Defendants for their wrongful Conduct and set an example for others.

⑥ For Pre-Judgment intrests as Allowed By Law.

⑦ For Cost of Suite Herein Incurred, Including Reasonable Attorney's Fee's and Expert Fee's as Well.

⑧ For such Other And Further Relief as the Court may Deem Just and Proper.

X Plaintiff: BART THOMAS MOORE

X Plaintiff: Bart Thomas Moore

X Attorney for Plaintiff: Micheal L. Davis / TX BAR # 05528760 / Phone # (936) 327-7071

120 West CHURCH Street, Livingston, Texas 77351

• I'm trying get a good attorney or Firm to Take over this Case. it is High

Profile and as Some of what you Read consists of alot of Corruption and Criminal acts, By and through alot of Polk County officials County, City & State.

✗ I filed this grievance, Administration Refused to Answer it! ✗

Closed. Refused. Not assigned: 12/2/2021 @ 6:15 PM        Type: Grievance Form

INmate: Bart Moore

Description:>

So you are saying that, By you Allowing me to View my own Medical Records, that it will Pose a Risk to my Health and my Life? Well none of you Polk Co. officials / Jailers Gave a Damn about my Health when you Had me moved into Dorms / Had me Assaulted/ And Knowingly, Intentionaly Denied me Adequate Prescribed Pain medications after my Vehicle Crash on (4/26/2021) thru (8/10/2021) By your Jailers and Lt. Matthew Brown/ Set me in the Cold and Pitch Black Dark for Days with Broken Bones in Pain for Days on end Playing your Pathetic little, Sick, Evil, TDCJ-CID Games, which most of you People were terminated from TDCJ-CID For... So Please Spare me the Bull Shit.

| ⊗ Matthew Brown (employee) Rejected this task as unsubstantiated (12-6-2021/11:18am)

Bart Moore (Inmate) Left a Comment / 12-2-2021 / 07:38PM)

I am not A Violent Gang Banger - Women Beater, A Friggin-Child molester-meth-Head or meth-Dealer or Friggin Drunk. Lt. Matthew Brown, Capt. Larry Dawson and alot of other XXX Polk Co. officials Have me all wrong. My girlfriend told me what you People tried to do to Her. On the Day of my & Her arrest 4/26/2021 - Sexual Exploit Her! Their Narcotics Andy Lowley Sexually Harassing my Niece [Amanda Kennedy], Why don't you Have Byron Lyons Talk to these ② females. Believe me, all of these Shit, Lies, false Charges will Come out in Trial, cause and effect / you People are Perverted and Sick and Fyi-This (Gilliam Brusky) is Not my Girlfriend / old Lady, She never was... She Really Belongs in Prison. She is Polk Co/L.A. California Informant-NCIC #2599, A Polk Co. Sheriffs whore/Heroin addict/Liar/ they /she was fucking alot of Sheriffs/LPD/ETC. and Performing Illicit Sex Acts on your Private Police Black-Web Sex Video Site w/ alot of your Jail and courts officials. I do Have much video / audio/ Face / Body / Sex Video @ [PrivateMethuselA.Com] Site So do Texas Rangers, FBI....!!

Grievance files
12/2/2021 @ 6:15 Pm

Bart Moore: Left a comment /12/02/2021 @ 6:33 PM.
@ the same time [Sgt. Corey Wolf] Having young men to Show Him their [Penis] and Having
Ms. DaRBy and Himself and other Jailers to witt Hold my Commissary and Intentionally
Start CRap and lie and tell His and (Lt. Browns) little Boy Toys, that I am a Child
molester to Intentionally get me Assaulted. So Be Real./ Cut the Shit / There are witnesses?
let us Start with [Cody White] and [Steven Beard], your Mishap, Not mine!!? Tell the TRUTH.
* God is Good maybe you All That ARE Involved should Pray "? NoBody is Crazy Here and
There are No lies, you All know this. Look what happen to [CHRis Lima, Andy Lowrey
and Informant CHRistopHer Smitt!"? Check these out.
Plaintiff's NOT Settle foR $ 7.500 Arrest was Conspired / County grossly negligent
in its Hiring, Supervising and Training of its officers / Jailers which was the proxi-
mate cause of the assault. Plaintiff Seeks $ 75,000 each actual Damages and $ 50.000
each Punitive Damages against Defendants, Byron Lyons, Larry Dawson, Matthew
BRown, P. Dickens, William Terry and Cory wolf and the County and City Plus
$30.000 Attorneys fees incurred in the Criminal Case and $ 25.000 attorneys fees
incurred in this case.
Summary of Judgment / Defendant Proceeds to Jury, Summarized As follows:
① the city Council / County failed to adopt a Policy oR Regulation governing operation of
the Sheriff's Dept.
② Such failure is grossly Negligent.
③ The City Council and County are gross negligent in allowing the Continued employment
of each Named Sheriff, Deputy, Jailer oR MemBER of the Polk County Sheriffs Department.
④ failure to exceed proper care and Control and Supervision.
⑤ failure to properly Instruct and Train Jailers.
⑥ The County Delegated all authority for Hiring, Training and Supervising officers
, Jailers to Sheriff Department to [Capt. Larry Dawson], [Lt. Matthew Brown] [Sgt. Cory wolf]
and By and thru Head Sheriff [Byron Lyons].
⑦ Such gross Negligence was proximate cause of Injury to [MR. Bart Thomas MOORE].

° Continued °

③ The unreasonable, unwarranted ARRest of [Bart T. Moore] applied By this Polk County Jail Division, [Capt. Larry Dawson], [Lt. Matthew Brown], [Sgt. Cory Wolf] and [Dfs. Cone] was made without Probable Cause and ordered By Polk County Sheriffs Jail Division [Capt. Larry Dawson]. Illegal, Unlawful ARRest.

⑨ ANSWER the Damage Issue :?

Mental Anguish : ($30,000)

     Bart Thomas Moore

Attorney's Fees in the Criminal

Action against [BART THOMAS MOORE] ? To Be Determined.

         USCA 1983

Plaintiff is entitled to Recover in the Amount :

       ANSWER: ($17,713)

| MEDICAL | MMC LIVINGSTON | MEDICAL |
|---|---|---|
| Med Rec #: 0010327153 | Imaging Department | Visit ID: 0300486282 |
| Patient Location: outpatient Services | 1717 Hwy 59 By Pass | Type Patient: Out Patient |
| DOB: 5/2/62 | Livingston, TX. 77351 | PHONE: (936) 587-1155 |
| Gender: M | age: 59 Y | Encounter: 0300486282/Facility: V |
| Exam Reason: | | Read By: PERCHES, RICHARD |
| ORDER Prov: DELOACH, GEORGE LEE | | Technologist: LOWREY, KimBERLy Rippy |
| Procedure: MRI HIP WO CONTRAST | | |

       * Final *

MRI of the Left Hip Without Contrast:
History: Left Hip Pain, trauma 4 months ago / fracture is Present. A left Acetabular fracture was Also noted on Review of CT dated 4/26/2021.
I Bart Thomas Moore Suggest that to Reveal the TRuTH in this ABuse / 1983 Inadequate Medical / Polk County and Deliberate Indifference that you Request A copy of this 'Records' [Dictated By: PERCHES, RicHARD / Date 08/24/2021 -09-02



OPEN

Assigned to:

12-08-2021 06:48 PM

problems/w/my eyes as diagnosed by DR.PAZ ,JUAN......          Type: Medical Request

*Games and Deliberate Indifference are over*

Inmate
Bart Moore

*This is Exactly what I Need to Have. Not what you want or Choose !?*

Description
NEED TO GET/EYE DROPS/GENTAMIICIN,0.3%OITMENT0.5 INCH INTO THE EYE(S) EVERY 8 HOURS..MOXIFLOXIN 0.5%
(Vigamox)Drops 1 Drop into the(s) 3 times per day......ordered DR.DELOACH,GEORGE LEE..IN WHICH I HAVE BEEN
DENIED PROPR/ADEQUATE MEDICAL ATTENTON,DELIBERTELY BY POLK COUNTY JAIL MEDICAL STAFF..AND AUORA
OROSCO...!!

Cell Location
243-10

*These Specific Eye Drops and ointment are medicaly Prescribed By these ② Doctors for a specific Reason. The Eye Drops I was given Have Nothing to do with my Eye's medical-serious Condition from Cell Phone Exploding into my face and Eye During Vehicle Head on Collision, on (4/26/2021). I Need Exactly what type medications were Diagnosed, Prognosed and Prescribed, Not what this [Lt. matthew Brown][Capt. Larry Dawson][Sgt. Cory Wolf] and Nurse Practioner: Aurora Orosco Just want to give me to Play me stupid and Cover up their, Violations.*

ACTIVITY

*Her →*     Aurora Orosco (Employee) Left A Comment
             12-09-2021 10:33 AM
             I WILL SEND EYE DROPS

*This is the Eye Drops that Auroa Orosco or Polk Co. Mudicul Sent: Sun mark sterile Eye Drops/fast Acting Rudness Reliver, 0.05%*

*Her →*     Aurora Orosco (Employee) Viewed This Task
             12-09-2021 10:33 AM

*Me →*      Bart Moore (Inmate) Left a Comment
             12-09-2021 10:32 AM
             I NEED THESE EYE-DROPS.... ..... .THANX!!

*Her →*     Aurora Orosco (Employee) Left A Comment
             12-09-2021 10:31 AM
             ?

*What kinda game is this?*

*Her →*     Aurora Orosco (Employee) Left A Comment
             12-09-2021 10:31 AM
             HOME MEDICATION IS WHAT YOU HAD AT HOME NOT A SCRIPT

*Her →*     Aurora Orosco (Employee) Viewed This Task
             12-09-2021 10:31 AM

             Bart Moore (Inmate) Left a Comment
             12-09-2021 10:29 AM

*Her →*     WHEN WERE THESE PRESCRIBED??I CAN PROVIDE EYE DROPS BUT USUALLY FOR THOSE EYE DROPS YOU WOULD NEED A SCRIPT
             FOR. *These Jail medical were supposed to follow These Doctors orders/For A Reason.*  12-09-2021 08:31 AM

*Me →*      moore,bart -mrn;0010327153-tueday,may 4,2021@4;01 am see page#3/29 medical-records./home medications.

1/2

BOROF & SMITH, Attorney @ Law
55 River Street, Suite 100
Santa Cruz, CA. 95060

Today: December 10, I Just Sent Legal Notice with Sworn Statement to
Judge: mr. DARRELL Longino Pct-1 @ 101 West Mill Street Suite #152
Living Ston, Texas, 77351 to Persue and to file Criminal Charges against
① Cillion Patricia Brusky and ② David O'neil, in the "Sabbotage or the Tampering
with my Vehicle to Cause it to Crash and to Kill me on [4/26/2021].
Charges Will Be, ④ Attempted MURDER. ⑤ Conspiracy to Commit Murder, on me,
Bart Thomas Moore on the morning of [4/26/2021] in Cause No. CR-21-0092 and
additional Conspiracy and Criminal Acts IN falsifying Documents against me in the
Cause No's. of 28034, 28035, 27757, 27758 which were Intentionly Falsified against
me by the Named Defendants of Rank @ Polk County Jail and Informant/ Prostitute/
Drug Addict [Cillian Patricia Brusky]. This Law Suite is Valid and and I need Help
in this Polk County Jail ad in Polk County, Please Send in Expert Witnesses and
Agents to Clean up these People and their corrupt/ Criminal Acts.
                                            Sincerely: Bart M. Moore

Clerk: Amy FINCHER; I need to file this Law Suite and Hold these Rogue
Sheriffs and Conspirators Accountable, I desperately ned, Help, Representation
; Legal Advice ad Protection. They Have Had me Assaulted, and Have Tried
to absolutely Have me murdered. I Will testify to this Fact. Thank you.
                                            Sincerely.
                                            Bart Thomas Moore
                                            (BTM)

READ

MMC Livingston
Imaging Department

1717 Hwy 59 By Pass
Livingston, TX. 77351

Phone
(936) 639-7806

NOTE: **WARNING:**

✗ Transcribed: 08/24/2021 09:07 By: PERCHES, RICHARD    Visit ID: 0300486282

Confidentiality Notice: The Information Contained in this facsimile may Be Privileged and And Confidential. It is intended only for the use of the Individual or entity to whom it was Sent. If the Recipient of this transmittal is Not the intended Recipient, employee, or Agent Responsible to deliver it to the intended Recipient. Any dissemination, distribution, or Copying of this Communication is Strictly Prohibited. If you have Received this Communication in error, Please notify us immediately By telephone (836-639-7806), and Return the Original message to us @ the Above Address via us. mail/Postal Service. Sincerely - Bart T. Moore

MMC Livingston.          CHI St. Luke's Health

Motor Vehicle collision, ortho Procedure add on.

Patient: Moore Bart / Sex: Male / DOS: 04/26/2021 @ 20:56 MRI #: 0010327153

Patient / Radiology / diagnosis - : Need for follow up. PCP in 2-3 days. Did Not Happen. Home Medications Prescribed But deliberately denied By Polk County medical Staff and Jailers, Rank and Shrify Byron Lyons. Denied adequate medical care, Cruel & unusual Punishment/Deliberate Indifference of a Prescribed, Required Medical Need. X Home Medications - Required for Eyes But Intentiondy Denied By Jailers/Rank/medical Personnel [Helen Sheffield [medical [AURDA OROSCO] Jailers: DARBY, Christina Foggelman, Drew WARD, Sgt. CORY Wolf, Lt. MATTHEW BROWN, Capt. Larry Dawson.] [Sheriff: Byron Lyons] et. Al. !? My Eyes are Severely messed up due to the Lack and Denial of these Named Peoples Deliberate Indifference and Denial of adequate Prescribed medication and Lack of medical Care Which was Intentional and Deliberate Indifference.

my [Home Medications]: ☒ Reviewed : gentamicin 0.3% Ointment, 0.5 inch into the eye(s) every 8 Hours. Moxifloxacin 0.5% (vigamox) Drops, 1 drop into the eye(s) 3 times per day. Prescribed 4/26/2021 @ 20:56 (Positive ) (moore Bart - MRN- 0010327153 - Printed: Tuesday May 4 2021 4:07:35 Am- Page 3/29] Were Deliberately and witH Indifference Denied my medications Named above and Pain Medications Intentiondy by Polk county Medical and officials @ the Jail Division from Date of [4/26/2021] to [ ? ], and it is unjustifiable By Individuals.

From 4/26/2021
Moving Vehicle Collission

From the Date [4/26/2021] until the Date of [8/04/21] 09:07 AM, I was ordered moved from Administrative Segregation Medical Cell By this [Lt. Matthew Brown] and one of His Corrupt/ Criminal Jailers: A [Ms. I.] or [Ms. Thessa] @ which time they deliberately were Trying to Move me into a Dorm # 201 full of Gang Bangers, Violent men, ABT-AC-Tango Blast, to Have me Beat down Intentionally to keep me Shut up/ Scared / in fear of my Life to keep me from Exposing these Administrations Evil. Plots, Schimes, Assaults, Sex Videos, and Private matters that are Corrupt/ Criminal as Hell that I will Discuss during trial. Now is not the time. Public disclosure @ This time may allow Some of the guilty Parties to not get Held Accountable. Not only was I threatened @ deliberately Denied adequate Prescribed Pain Medications, other then [IBUPROPHEN 800 mg] I was Deliberately and with Known Indiffrence Made to Suffer and Hated on, By these Named Corrupt/ Criminal Polk County Jailers named and Ranking Officuals. This [Sgt. Cory] wolf was Having His Rogue Sex Freak, Drug Addict Femeles Like this [ms. Darby] and [Christina Foggelman] and others to Strait out Deny my Medications. This [Sgt. Cory Wolf] and [Lt. Matthew] Brown knew of these Deliberate Acts and Criminal Acts and was Having these Jailers to tell all Their Home Boys + inmates-Gonge Members that I was Supposed to Be a [Phedaphile], to get me Beaten or Murdered to Shut me up about their Corrupt/ Criminal Acts. This [Sgt. Cory Wolf] was Having His and [Lt. Browns] young & old Home Boy/ Gang member Inmates to Show Him their [Penis] for special Favors. I was Constantly Denied Pain Medications, Set up in a Nasty/ moldy AD-Seg. Cell in the Freezing Cold and Pitch Black Dark for Days @ a time. Intentionaly and Deliberately Denied Privilege/ entitlements And Adequate Medical Care. This Even Intentionaly and deliberately Being Done after or Tho Procedure/ Progress, See [25/29] [Moore, Bart - MRN: 0010327153- Printed on Tuesday May 4/2021 @ 4:07:35 AM @ - page 25/29] Which clearly States: Advised patient/ guardian to follow up with PCP- in 2-3 days for further evaluation and treatment. Diagnosis Discussed with patient/ guardian. If current Symptoms/Signs/ Problems get Worse, or feil to improve or New Symptoms/ signs problems develop, Return to ED immediately Patient/ Guardian Verbalized understanding But Did not Commit or follow up. @ the time

Medical Records
From 4/26/2021
CHI St. Lukes Health

Last set of vitals: Interpretation: Normal/hypoxic

BP: 132/89    4/26/2021 @ 23:16

Pulse: 82    4/26/2021 @ 23:17          CONST: Alert, Mild, PTA

Temp: 97.6F 4/26/2021 @ 23:17

Resp: 12 4/26/2021    @ 23:17          Comments:

O2 Sat: 97.0% 4/26/2021 @ 23:17        Mild distress secondary Pain.

Calculated BMI: 24.3 @ 4/26/2021 @ 20:56

Moore, Bart: MRN: 0010327153 - Printed Tuesday, May 4, 2021 @ 4:07:35 AM page 4/29

| Comment: Pelvic fracture | Current Problems ☒ Reviewed ☒ updated. |
|---|---|
| Sternal fracture | Fracture of Hand (2021) motor vehicle accident (2021), Pelvic Fracture |
| Hand fracture | (2021), Sternal fracture (2021) |
| mvc | See page(s) 28/29 |

ROS:          ☒ Reviewed ☒ updated

Lymph: Ankle Swelling: R. L.

(EYES): problems with vision /Still Having Problems due to Deliberate Indifference / medical Denied.

Extremities:    Joint exam: limited ROM - (R)(L) Body Joint-tenderness: painful -(R) L. _

◀ Comments: ▶

① Right Hand Swelling and Contusion with Painful Restricted ROM:

② Lacerations Present to Left Knee and Left Lower Leg:

③ Left Knee Contusion:

④ Left Hip Painful Restricted ROM with tenderness to palpation.

Moore, Bart - MRN: 0010327153 - Printed-Tuesday May 4, 2021 @ 4:07:35 AM - Page 7/29

Both Kidneys appear intact, No hydronephrosis is seen, "Bening" appearing cyst is identified in the middle of the midPole of the left Kidney measuring 7mm. /Diffuse Atheros clerosis noted in the Abdominal Aorta / Urinary bladder is partially distented, appear grossly unremarkable. BONES → undisplaced fracture is present in the Right Side of the manu- berium Sternum. Mild spondylytic changes noted in the thoracic and lumbar Spine.

Medical Records/Accident,
Vehicle 4/26/2021

⑤
Chronic posttraumatic changes with a bony fragment identified in the Posterior Superior glenoid process of the Right shoulder. Parenchyma. There are patchy areas of low-attenuation within Subcortial and Periventricular white matter, Non-Specific, But could Represent micro vascular ischemic disease. No Masses, Hemorrage, or Acute Cortical-based Vascular insults / mild Chronic microvascular finding / mild Chronic microvascular ischemic change. / I Personaly went thru each and everyone of my Immediate Medical Records which were deliberately and Intentionaly Held from Me So that I Could not/ would not View them So that all Parties Involved Could not Be Involved. I obtained them and all I can Say "Honest to God" is, Wow!? These Intentional willful acts of Neglect, Deliberate Indifference Denial of Medical, adequate or other Wise, Retaliation, Harassment, Abuse, Assault And then the [Attempted Murder] on Me on [4/26/2021] All Add up and Stem from the Named Defendants in this Law Suite. Their acts/Actions are Very Corrupt, and Criminal, and Knowingly, Intentionaly, These named officials were Acting under the Color, are acting still under the Color of Law to-wit, under Color of Statute, ordinances, Regulations, Policies, Customs and usages of the State of Texas, the County of Polk, and the City of Livingston, Texas.
                    |Check out this one | Do Back ground Check / yelp ?
I Have a Very Serious Problem; With this |X-Polk county Jail; heutenant: William Jerry.
X-Jail Leutenant X-Narcotics, Drug Abuser, Lyes With Prostitutes / Whores / Informants
is Very Assaultive, Criminal, Corrupt.! forced into Retirement @ Polk Co. Jail Division.
Many changes on Him Just Vanished, This [William Jerry] is Said to Now Be
The Corrupt/ Criminal: CHIEF of Police for CORRIGAN. TX. which is Still in
Polk County, TX.!? How do you do that? This Man is Criminal/Violent/and
A Habitual Liar. William Jerry ~ $ Paid $ Inmates in the Polk County Jail to
Have Me "Assaulted in January 2020.". Check the Records, I filed Charges on
the Aggressors: ①Albert Lester and ② Lt. William Jerry. Check it out.
This William Jerry Should Be in His own Jail. 😔

LEGAL
MAIL

Paul Thomas Moore
1733 North Washington Ave.
Livingston, Texas 77351

CLERK US DISTRICT COURT
RECEIVED
DEC 1 6 2021
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

ATLANTA GA HUB 773
SAT 11 DEC 2021 PM

United States Court
Clerk: Amy Fincher
104 W. 3rd Street
Lufkin, TX. 75901